1 **CRAIG LABADIE, City Attorney**
  California Bar No. 101681
2 **MARK S. COON, Assistant City Attorney**
  California Bar No. 128122
3 1950 Parkside Drive, MS/08
  Concord, CA  94519
4 (925) 671-3160
  (925) 671-3469 (fax)
5

6 **JAMES V. FITZGERALD, III, Esq.**
  California Bar No. 155632
7 McNamara, Dodge, Ney, Beatty, Slattery,
  Pfalzer, Borges & Brothers, LLP
8 1211 Newell Avenue
  P.O. Box 5288
9 Walnut Creek, CA  94596
  (925) 393-5330
10 (925) 939-0203 (fax)

11 Attorneys for Defendants

12

                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

15  CHRISTOPHER LAWRENCE,              | Case No. C08-05345 (CRB)

16                  Plaintiff,         | **STIPULATION EXTENDING MEDIATION DEADLINE**

17      vs.

18

19  CITY OF CONCORD, a municipal corporation;
    and AMEET PATEL, MICHAEL HANSEN,
    GLENN PROVOST, and ROBERT GARCIA,
20  members of the Concord Police Department,

21

                    Defendants.
22

23      1.      **FACTUAL BACKGROUND**

24          At the conclusion of the February 17, 2009 Initial Case Management Conference conducted in

25  the within action, the court ordered this case to mediation, to be completed no later than May 18,

26  2009.  In order to meaningfully prepare for the mediation, the parties wish to complete the

27  depositions of Plaintiff Christopher Lawrence and Defendant Ameet Patel.  Based on the availability

28  of counsel for both these  depositions and the mediation, counsel for both parties wish to proceed

                                      1

1    with the mediation on June 5, 2009, 22 days after the current completion deadline.

2         The mediator assigned to this matter, G. Scott Emblidge, has agreed to the proposed extension

3    of the mediation deadline, subject to the court's approval.

4         **2.    STIPULATION**

5         The parties to this action, through their respective counsel, hereby stipulate that the mediation

6    deadline in the within action shall be extended from May 19, 2009 up to and including June 5, 2009.

7         **IT IS SO ORDERED**

8

9

10                                                          _____
                                                            Judge Charles R. Breyer

11        APPROVED AS TO FORM:

12

13                                                          CRAIG LABADIE, City Attorney
                                                            MARK S. COON, Assistant City Attorney

14

15   Date:  April 13, 2009                    By: _____
                                                            Mark S. Coon, Assistant City Attorney,

16                                                          Attorneys for Defendants

17

18                                                          PREMIER LAW GROUP

19

20   Date:  April    , 2009                   By: /S/_____
                                                            Darryl Parker

21                                                          Attorney for Plaintiff

22

23

24   Signed:  April 14, 2009

25

26

27

28

---

STIPULATION EXTENDING MEDIATION DEADLINE