```
 1  CRAIG LABADIE, City Attorney
    California Bar No. 101681
 2  MARK S. COON, Assistant City Attorney
    California Bar No. 128122
 3  1950 Parkside Drive, MS/08
    Concord, CA 94519
 4  (925) 671-3160
    (925) 671-3469 (fax)
 5

 6  JAMES V. FITZGERALD, III, Esq.
    California Bar No. 155632
 7  McNamara, Dodge, Ney, Beatty, Slattery,
    Pfalzer, Borges & Brothers, LLP
 8  1211 Newell Avenue
    P.O. Box 5288
 9  Walnut Creek, CA 94596
    (925) 393-5330
10  (925) 939-0203 (fax)

11  Attorneys for Defendants

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14
    CHRISTOPHER LAWRENCE,              Case No. C08-05345 (CRB)
15
                                       [PROPOSED] ORDER RE: MEDIATION
16              Plaintiff,             ATTENDANCE

17        vs.                          [ADR Local Rule 6-10(d)]

18
    CITY OF CONCORD, a municipal corporation;
19  and AMEET PATEL, MICHAEL HANSEN,
    GLENN PROVOST, and ROBERT GARCIA,
20  members of the Concord Police Department,

21
                Defendants.
22
```

23    For good cause shown pursuant to ADR Local Rule 6-10(d), Defendants Ameet Patel,

24 Michael Hansen, Glenn Provost, and Robert Garcia are excused from attending the court-ordered

25 mediation in this action, currently scheduled for June 5, 2009. Mark S. Coon Esq., Assistant City

26 Attorney with the Concord City Attorney's Office, is granted leave to serve as Defendant City of

27 Concord's representative at the aforesaid mediation.

28    //

1  **IT IS SO ORDERED**
2
3  Date: 4/20/09
4                                                                  /s/ Wayne D. Brazil
                                                                    Magistrate Judge Wayne D. Brazil
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER RE: MEDIATION ATTENDANCE