United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAWRENCE, | No. C 08-05345 CRB |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| CITY OF CONCORD, *et al.*, | |
| Defendant. | |

The parties have fully settled this action.  Accordingly, this case is DISMISSED.

**IT IS SO ORDERED.**

Dated: June 22, 2010

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\5345\Order re Dismissal.wpd